IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                  No. 2:07-cr-00406 MCE EFB P

    vs.

EDUARDO ARELLANO-FELIX,

      Movant.                    ORDER

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 28, 2012, the previously assigned Magistrate Judge filed findings and recommendations recommending that Respondent file an answer with respect to Claim I and that Claim II be denied. (ECF No. 130.) On July 6, 2012, the Court adopted the findings and recommendations in full. (ECF No. 133.) In the July 6, 2012 Order, the Court directed respondent to expressly state in its answer whether it objects to this Court vacating and reentering the judgment without a hearing to allow an appeal to proceed without deciding that Movant's Claim I is true. Id.; see United States v. Sandoval-Lopez, 409 F.3d 1193, 1198 (9th Cir. 2005).

1

1    Respondent filed an answer on July 23, 2012.  (ECF No. 134.)  In its answer, respondent
2 stated that it does not object to the Court vacating and reentering judgment without a hearing.
3 Id.
4    Accordingly, it is hereby ORDERED that:
5    1. The judgment that was previously entered as to Movant on August 5, 2009 is
6 hereby VACATED;
7    2. The Clerk of the Court shall reenter judgment as of the date of filing this
8 Order;
9    3. Movant shall file a notice of appeal within 14 days of the reentry of judgment,
10 should Movant continue to desire to appeal; and
11    4. The Clerk of the Court is directed to close the companion civil case, No. 2:10-
12 cv-2258 MCE EFB.
13 DATED:   February 22, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

2